JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS "GARRETT" O'HAVER, | CASE NO.: 2:20-CV-08047-DSF-JC |
| Plaintiffs, | |
| vs. | **ORDER RE: STIPULATION TO REMAND ACTION TO STATE COURT** |
| GLENN STERN LAW; GLENN STERN; MATTHEW P. MALCZYNSKI; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

GLENN STERN LAW
829 East Route 66
Glendora, CA 91740
(626) 335-6844, FAX (213) 232-7111

# ORDER

On October 21, 2020, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court having reviewed that stipulation and good cause appearing, orders as follows:

1. The Parties' stipulation is approved;

2. Central District of California case number 2:20-CV-08047-DSF-JC styled LOUIS "GARRETT" O'HAVER v. GLENN STERN LAW, et al. is hereby remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

Dated: October 21, 2020

_____
UNITED STATES DISTRICT JUDGE